UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NORTHLAND FAMILY PLANNING CLINIC, INC., *et al.*,

        Plaintiffs,

v.

MICHAEL A. COX, Attorney General of the State of Michigan, in his official capacity, *et al.*,

        Defendants.

CIVIL ACTION
NO: 05-70779

## **STIPULATION**

This matter having come before the Court in Plaintiffs' challenge to Michigan's Legal Birth Definition Act, Michigan Public Act 135 of 2004, M.C.L. §§ 333.1081-333.1085 (the "Act"); this Court having declared the Act unconstitutional, the United States Court of Appeals for the Sixth Circuit having affirmed that judgment, and the United States Supreme Court having denied certiorari on January 7, 2008;

IT IS HEREBY STIPULATED THAT:

1) Defendant Michael A. Cox in his official capacity as Attorney General and the State of Michigan are jointly and severally liable to Plaintiffs for $337,500 in attorneys' fees and costs;

2) Defendant Michael A. Cox in his official capacity as Attorney General and the State of Michigan shall deliver to Plaintiffs $337,500 in two installments as follows:

    a. Plaintiffs shall receive $250,000 no later than May 9, 2008.

1

  b. Plaintiffs shall receive the balance, $87,500, by October 17, 2008.

3) Conditioned upon entry of an Order adopting this stipulation by the Court, this agreement resolves and shall be deemed full satisfaction of Plaintiffs' claim in this case for attorneys' fees and costs under 42 U.S.C. § 1988 and 28 U.S.C. § 1920.

Respectfully submitted,

| | |
|---|---|
| /s Talcott Camp<br>Brigitte Amiri<br>Talcott Camp<br>Reproductive Freedom Project<br>American Civil Liberties Union<br> Foundation<br>125 Broad Street, 18th Floor<br>New York, New York 10004<br>(212) 549-2633<br>tcamp@aclu.org<br><br>*Attorneys for Individual Physicians*<br><br>/s with consent of Janet Crepps<br>Janet Crepps<br>Center for Reproductive Rights<br>120 Wall Street, 14th Floor<br>New York, New York 10005<br>(917) 637-3600<br><br>David A. Nacht, P.C. (P47034)<br>201 South Main, Suite 1000<br>Ann Arbor, MI 48104<br>(800) 240-9044<br>(734) 663-7550<br><br>Attorneys for Northland Clinics and Summit Medical Center, Inc. | /s with consent of Michael J. Steinberg<br>Michael J. Steinberg (P43085)<br>Kary L. Moss (P49759)<br>American Civil Liberties Union<br> Fund of Michigan<br>60 West Hancock Street<br>Detroit, Michigan 48201<br>(313) 578-6814<br><br>*Attorneys for Individual Physicians and Planned Parenthood Plaintiffs*<br><br>/s with consent of Eve C. Gartner<br>Eve C. Gartner<br>Roger K. Evans (*admission pending*)<br>Planned Parenthood Foundation<br> of America, Inc.<br>434 West 33rd Street<br>New York, New York 10001<br>212-541-7800<br><br>*Attorneys for Planned Parenthood Mid-Michigan Alliance and Planned Parenthood of South Central Michigan* |

/s with consent of Ronald J. Styka
Ronald J. Styka (P21117)
Santiago Rios (P48199)
Assistant Attorneys General
P.O. Box 30278
Lansing, MI 48909
(517) 373-3488

*Attorneys for Defendant*
*Michael A. Cox*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NORTHLAND FAMILY PLANNING CLINIC, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL A. COX, Attorney General of the State of Michigan, in his official capacity, *et al.*,<br><br>Defendants. | CIVIL ACTION<br>NO: 05-70779 |

**ORDER**

This matter having come before the Court in Plaintiffs' challenge to Michigan's Legal Birth Definition Act, Michigan Public Act 135 of 2004, M.C.L. §§ 333.1081-333.1085 (the "Act"); this Court having declared the Act unconstitutional, the United States Court of Appeals for the Sixth Circuit having affirmed that judgment, and the United States Supreme Court having denied certiorari on January 7, 2008; and this Court finding that plaintiffs are entitled to reasonable attorneys' fees and costs;

IT IS HEREBY ORDERED THAT:

1) Defendant Michael A. Cox in his official capacity as Attorney General and the State of Michigan are jointly and severally liable to Plaintiffs for $337,500 in attorneys' fees and costs;

2) Defendant Michael A. Cox in his official capacity as Attorney General and the State of Michigan shall provide Plaintiffs compensation for their attorneys' fees in two installments as follows:

    a. Plaintiffs shall receive $250,000 no later than May 9, 2008.

    b. Plaintiffs shall receive the balance, $87,500, by October 17, 2008.

3) When completed these payments shall resolve and shall be deemed full satisfaction of Plaintiffs' claim in this case for attorneys' fees and costs under 42 U.S.C. § 1988 and 28 U.S.C. § 1920.

s/ DENISE PAGE HOOD
HON. DENISE PAGE HOOD
UNITED STATES DISTRICT COURT

Dated: April 7, 2008

4